# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>DEMECIA SHONTRES WASHINGTON<br><br>    Defendant | Case No.: 2:18-cr-00384-APG-EJY<br><br>**Order Denying Motions in Limine**<br><br>[ECF Nos. 104, 105, 106] |

   The Government has filed three motions in limine. ECF Nos. 104, 105, 106.  Local Rule LCR 12-2 states that "motions in limine . . . will not be considered unless the movant attaches a statement certifying that the parties have participated in the meet-and-confer process as defined by LR IA 1-3(f) and have been unable to resolve the matter without court action."  The Government has not attached such a certification.  I therefore deny the motions in limine without prejudice.  If the Government is unable to reach an agreement with defense counsel on the issues in the motion, it may refile any or all of the motions.  But, given the impending trial date, the motion must include a briefing schedule agreed to by the parties.

   DATED this 21st day of April, 2021.

                                                                         _____
                                                                         ANDREW P. GORDON
                                                                         UNITED STATES DISTRICT JUDGE