UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DEMECIA SHONTRES WASHINGTON,<br><br>          Defendants. | 2:18-cr-00384-APG-EJY-2<br><br>ORDER ON STIPULATION TO CONTINUE SENTENCING<br>(First Request) |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Defendant received a revised PSR on or about August 12, 2021, and sent the revised document to Ms. Washington for her review and comment.

2. Ms. Washington did not receive the document at Nevada Southern Detention Center until the following week. As a result, Counsel and Defendant have not had adequate time to review and discuss the PSR.

3. The Defendant is in custody and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay and the denial of this request could result in the miscarriage of justice.

6. This is the first request to continue the date set for the sentencing hearing filed herein.

**ORDER**

IT IS THEREFORE ORDERED, that the Sentencing Hearing set for September 1, 2021 be vacated and reset to November 17, 2021 at 1:30 p.m. in Courtroom 6C

IT IS SO ORDERED this 24th day of August, 2021.

UNITED STATES DISTRICT JUDGE

3