**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00384-APG-EJY |
| Plaintiff, | |
| v. | **ORDER SETTING DEADLINE FOR GOVERNMENT TO RESPOND TO MOTION TO VACATE, SET ASIDE, OR CORRECT CRIMINAL CONVICTION AND SENTNCE PURSUANT TO 28 U.S.C. § 2255** |
| DEMECIA SHONTRES WASHINGTON, | |
| Defendant. | |

Defendant Demecia Washington has filed a motion under 28 U.S.C. § 2255 seeking to set aside her conviction and sentence. ECF Nos. 64, 68.  The United States must file a response to the motion, if it has any, no later than November 6, 2025.  Defendant may file a reply in support of the motion within 30 days after the Government files its response.

DATED this 3rd day of October, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE