**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00384-APG-EJY |
| Plaintiff | **Order** |
| v. | [ECF No. 214] |
| DEMECIA SHONTRES WASHINGTON, | |
| Defendant | |

Demecia Shontres Washington moved to vacate her convictions and sentence under 28 U.S.C. § 2255, raising a variety of claims. ECF Nos. 208, 212.  I denied that motion. ECF No. 213.  Washington filed a "response" to my order, which I interpret as a motion for reconsideration. ECF No. 214.  Washington's latest filing offers nothing that causes me to reconsider or change my prior decision.

I THEREFORE ORDER that defendant Demecia Shontres Washington's motion for reconsideration **(ECF No. 214) is DENIED**.

DATED this 2nd day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE